VALENTIN ENCARNACION, Appellant, v. WILLIAM A. JAMISON et al., Doing Business under the Firm Name of ARBUCKLE BROTHERS, Defendant.

WILLIAM A. JAMISON, Respondent.

(Submitted July 11, 1929; decided July 11, 1929.)

Motion that the executrix and executors be substituted as parties defendant-respondent in this action in place and stead of William A. Jamison, deceased, for the continuance of the action against them, for the amendment of all papers and proceedings accordingly and the reinstatement and reargument of the appeal granted. (See 251 N. Y. 218, 538.)

MILDRED M. BENTLEY, Respondent, v. WASHINGTON B. REED, Appellant.

(Submitted July 11, 1929; decided July 11, 1929.)

MOTION to amend remittitur. (See 251 N. Y. 524.)

Recall of remittitur requested and the remittitur when recalled will be amended to the extent of providing that the judgment of this court is without prejudice to an application to be made to the Supreme Court at the foot of the decree for the adjustment of any equities that may have developed by reason of the use of the property in suit since the decision of the Appellate Division.